UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIEL JOHN TIEDT,**
        **Plaintiff,**

v.                        Case No: 6:18-cv-2087-Orl-18EJK

**COMMISSIONER OF SOCIAL SECURITY,**
        **Defendant.**

## ORDER

THIS CAUSE concerns Plaintiff Daniel John Tiedt's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his application for Supplemental Security Income benefits. On December 17, 2019, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 27). After review of the Report and Recommendation (Doc. 27), and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 27) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE and ORDERED** in Orlando, Florida, this _10_ day of January, 2020.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record